# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES,** :
: 3:10-CR-75
:
**v.**
: **(JUDGE MANNION)**
**ROBERT CORDARO,** :
    **Defendant** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

Cordaro's motion for the court to immediately transfer him from home confinement to supervised release under 18 U.S.C. §3624(g)(3), **(Doc. 549-1)**, is **DENIED**.

                                        s/*Malachy E. Mannion*
                                        **MALACHY E. MANNION**
                                        **United States District Judge**

**Dated: October 14, 2020**
10-75-02-ORDER